FILED

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0223

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0223

_____

IN RE THE PARENTING OF B.K.,

A minor child.

JESSICA SMALLING,

        Petitioner and Appellee,                O R D E R

   and

JASON KLUBBEN,

        Respondent and Appellant.

_____

Upon counsel for Appellant's motion for extension of time to file the opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before August 23, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2021